JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 25-2217 JGB (AGRx) | Date | December 9, 2025 |
|---|---|---|---|
| Title | *Prudhomme v. Transunion Exchange LLC* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    Order (1) DISMISSING Case WITH PREJUDICE (IN CHAMBERS)

On October 28, 2025, the Court ordered Plaintiff to file an amended complaint, if any, no later than November 5, 2025. (Dkt. No. 16.) The Court warned Plaintiff that failure to timely file an amended complaint would result in dismissal with prejudice. Plaintiff has failed to file an amended complaint. As such, Plaintiff's case is **DISMISSED WITH PREJUDICE**. The Clerk is directed to close the case.

**IT IS SO ORDERED.**